**EXHIBIT "A"**

**Exhibit A consists of copies of the Note, Recorded Mortgage and Assignment of Mortgage from original mortgagee to Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2007-2.**

**The same could not be filed electronically with the motion papers as they were too voluminous.**

**Copies of the same are included with the courtesy copies that have been mailed to the Court and all parties.**